AKEIM R. MCFADDEN
CDCR # BA0550
NORTH KERN STATE PRISON
P.O. BOX 5000
DELANO, CA 93216-5000





RECEIVED
NOV 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court for the
Northern District
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

CONFIDENTIAL
LEGAL MAIL

11-22-22   9789/

INSPECTED BY
NOV 25 2022
U.S. MARSHALS SERVICE