1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    AKEIM RASHAD McFADDEN,            No.  2:22-CV-2244-DMC-P

12             Petitioner,

13      v.                       ORDER

14    KELLY SANTORO,

15             Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus under 28 U.S.C. § 2254.  Petitioner has not filed a complete application to proceed

19 in forma pauperis, along with a "certification from the warden or other appropriate officer of the

20 place of confinement showing the amount of money or securities that the petitioner has in any

21 account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section

22 2254 Cases, or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be

23 provided the opportunity to submit either a completed application to proceed in forma pauperis,

24 with the required certification, or pay the appropriate filing fee.  As to the certification

25 requirement, while a copy of Petitioner's prison trust account statement certified by prison

26 officials is not required to satisfy the requirement, such a statement will suffice.  Petitioner is

27 warned that failure to comply with this order may result in the dismissal of this action for lack of

28 prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2            1.      Petitioner shall submit on the form provided by the Clerk of the Court,

3    within 30 days from the date of this order, a complete application for leave to proceed in forma

4    pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

5            2.      The Clerk of the Court is directed to send Petitioner a new form

6    Application to Proceed In Forma Pauperis By a Prisoner.

7

8    Dated:  December 21, 2022

9                                          _____
                                           DENNIS M. COTA
10                                         UNITED STATES MAGISTRATE JUDGE

2