1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEIM RASHAD McFADDEN, | No. 2:22-CV-2244-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| KELLY SANTORO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. §2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 2, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

1        Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the
2   Court has considered whether to issue a certificate of appealability.  Before Petitioner can appeal
3   this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P.
4   22(b).  Where the petition is denied on the merits, a certificate of appealability may issue under
5   28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
6   constitutional right." 28 U.S.C. § 2253(c)(2).  The Court must either issue a certificate of
7   appealability indicating which issues satisfy the required showing or must state the reasons why
8   such a certificate should not issue.  See Fed. R. App. P. 22(b).  Where the petition is dismissed on
9   procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
10  jurists of reason would find it debatable whether the district court was correct in its procedural
11  ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
12  claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir.
13  2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).  For the reasons
14  set forth in the Magistrate Judge's findings and recommendations, the Court finds that issuance of
15  a certificate of appealability is not warranted in this case.
16       Accordingly, IT IS HEREBY ORDERED as follows:
17       1.   The findings and recommendations filed November 2, 2023, are adopted in
18  full.
19       2.   Respondent's unopposed motion to dismiss, ECF No. 16, is GRANTED.
20       3.   This action is DISMISSED without prejudice.
21       4.   The Court DECLINES to issue a certificate of appealability.
22       5.   The Clerk of the Court is directed to enter judgment and close this file.
23  Dated:  December 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE